# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID W. SPINDLE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Action No.: 4:18-cv-818-ALM-KPJ <br> CKJ TRUCKING, L.P., § <br> § <br> Defendant. § § § | |

## ORDER

Pending before the Court is Defendant CKJ Trucking, L.P.'s ("Defendant") Opposed Motion for Leave to Amend and Memorandum in Support (the "Motion") (Dkt. 28) filed on May 31, 2019. Defendant's deadline to submit amended pleadings was May 31, 2019. Defendant represents that after conferring with Plaintiff David W. Spindle the Motion is unopposed. *See* Dkt. 31. Accordingly, the Motion (Dkt. 28) is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Second Amended Answer and Affirmative Defenses to Plaintiff's Complaint (Dkt. 29) is deemed filed and the live responsive pleading in this action.

**IT IS SO ORDERED**.

SIGNED this 6th day of June, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE