**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN  DIVISION**

**AMENDED**
**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:18-CV-818</u>

2. Style of case: <u>DAVID W. SPINDLE vs CKJ TRUCKING, LP</u>

3. Nature of suit: <u> Employment .</u>

4. Method of ADR used:     **X Mediation**          ☐Mini-Trial          ☐ Summary Jury Trial

5. Date ADR session was held: <u>09/04/19</u>

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
   ☐ Settled as a result of ADR.               ☒ **Parties were unable to reach settlement.**
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1600.00</u>

8. Duration of ADR: <u>Half Day</u>  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   KATHY FRAGNOLI – Mediator
   RON HUFF, ESQ – Pltf Atty
   JOHN ROSS, ESQ. – Def Atty

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:


   *Kathy Fragnoli*                              <u>September 17, 2019</u>
   Signature                                     Date

   <u>4514 Cole Avenue, Dallas, TX 75205-4181</u>    <u>(214)528-1411</u>
   Address                                       Telephone