**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID W. SPINDLE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CKJ TRUCKING, L.P., § <br> § <br> Defendant. § <br> § | Action No.: 4:18-cv-818-ALM-KPJ |

## ORDER

Pending before the Court is Plaintiff David Spindle's ("Plaintiff") Opposed Motion for Leave to File Supplemental Response to Defendants' Motions for Summary Judgment (the "Motion") (Dkt. 54). Defendants CKJ Trucking, L.P. and CKJ Transport of North Texas, LLC (together, "Defendants") filed a response (Dkt. 58).

**IT IS THEREFORE ORDERED** that counsel for all parties shall appear telephonically on **Friday, October 4, 2019, at 1:00 p.m.** The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 12:55 p.m.

**So ORDERED and SIGNED this 1st day of October, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE