# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE**: 10/4/19

| UNITED STATES MAGISTRATE JUDGE | COURT REPORTER: DIGITAL RECORDING - PLANO 108 |
|---|---|
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Toya McEwen |
| David W Spindle<br>v<br>CKJ Trucking LP, CKJ Transport of North Texas LLC | **CASE NO.** 4:18-cv-818 ALM/KPJ |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| Ron Huff | John Ross |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas:  Telephone Conference RE: Motion for leave to file supplement response (Dkt. 54)

**OPEN:** 1:05 pm                    **ADJOURN:** 1:13 pm

| TIME: | MINUTES: |
|---|---|
| 1:05 pm | Case called, announcements made. Court addressed the motion, and if permission is granted to file a supplement response, Court would also allow a supplement reply be filed. |
| 1:07 pm | Reply by John Ross. |
| 1:09 pm | Discussion by the Court. |
| 1:10 pm | Reply by John Ross. |
| 1:10 pm | Reply by Ron Huff. |
| 1:12 pm | Court will issue an order. |
| 1:13 pm | Recess. |

**DAVID A. O'TOOLE, CLERK**

BY:      Toya McEwen
         Courtroom Deputy Clerk