# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DAVID W. SPINDLE,** | § |
| Plaintiff, | § |
| v. | §  Case No.: 4:18-cv-818-SDJ-KPJ |
| **CKJ TRUCKING, L.P.,** | § |
| Defendant. | § |

## ORDER

Pending before the Court is Plaintiff David W. Spindle's ("Plaintiff") Opposed Motion for Leave to File Supplemental Response to Defendants' Motions for Summary Judgment (the "Motion") (Dkt. 54). Defendants CKJ Trucking, L.P., and CKJ Transport of North Texas, LLC (together, "Defendants") opposed the Motion and filed a response (Dkt. 58). Upon consideration and after a telephonic hearing on October 4, 2019, Plaintiff's Motion (Dkt. 54) is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff's Supplemental Response to Defendants' Motions for Summary Judgment (Dkt. 55) is deemed filed.

**IT IS FURTHER ORDERED** that Defendants shall file a Motion to Strike evidence presented in Plaintiff's Supplemental Response (Dkt. 55), if any, by **October 11, 2019**.

**So ORDERED and SIGNED this 4th day of October, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE