**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **DAVID W. SPINDLE,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § **Case No.: 4:18-cv-818-SDJ-KPJ** <br> **CKJ TRUCKING, L.P.,** § <br> § <br> **Defendant.** § § | |

### ORDER

On October 4, 2019, the Court held a telephonic hearing (the "Hearing") to discuss Plaintiff David Spindle's ("Plaintiff") Motion for Leave to File Supplemental Response, in which Plaintiff presented additional evidence in response to Defendants CKJ Trucking, L.P., and CKJ Transport of North Texas LLC's (together, "Defendants") Summary Judgment Motions. *See* Dkt. 60. After hearing arguments, the Court granted Plaintiff's Motion for Leave and directed Defendants to file a motion to strike if they objected to Plaintiff's supplemental evidence. *See* Dkt. 60. On October 15, 2019, Defendants filed Defendants' Objections to Plaintiff's Supplemental Summary Judgment Exhibit (the "Objections") (Dkt. 62). The Court will thus construe the Objections as a Motion to Strike the supplemental evidence.

**IT IS HEREBY ORDERED** that Plaintiff shall file a response to the Objections (Dkt. 62) **by Friday, October 25, 2019**.

So **ORDERED** and **SIGNED** this 17th day of October, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE