## AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF Fannin §

BEFORE ME, the undersigned authority, personally appeared __Linda Mitchell__, who, being by me duly sworn deposed and said:

"My name is __Linda Mitchell__. I am over the age of twenty-one years, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

"I am the custodian of records of **The Family Care Clinic and Dr. James E. Froelich**. Attached hereto are __4__ pages of records reflecting treatment and services rendered to **David W. Spindle** by said medical facility. These records are kept in the regular course of business, and it was the regular course of business in the office of a representative of that medical facility, with knowledge of the act, event, condition or opinion recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition or opinion recorded, or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals, and it is a rule of said medical facility not to permit the originals to leave its office."

_Linda Mitchell_
Affiant

SUBSCRIBED AND SWORN TO before me on the __24th__ day of __October__, 2019, to certify which witness my hand and seal of office.

_Jaclyn Owens_
Notary Public, State of Texas

__Jaclyn Owens__
Printed Name of Notary

My Commission Expires: __01-08-2022__

JACLYN DELANE OWENS
Notary Public, State of Texas
Comm. Expires 01-08-2022
Notary ID 12966787-7

Family Care Clinic
2105 N. Center St.
Bonham, Texas 75418

Office Open:
Mon. - Fri.

## J.E. FROELICH, D.O.
Family Practice - General Medicine

Office: 583-3191
Fax: 583-3973
Hospital: 583-8585

## CERTIFICATE TO RETURN TO WORK OR SCHOOL

Mr.
Mrs.
Ms. David Spindle

was under my care from _____ to _____

and will be able to return to work/school on 12-20-2017

Remarks
May return to work with no restrictions

Dr. Froelich D.O. / D. Mize

## CONSENT FOR RELEASE OF MEDICAL RECORDS

I hereby authorize __J.E. Froelich, DO/Family Care Clinic__ to release the following information from the health records of:

Patient Name: __David W. Spindle__  DOB: ███████

Patient Address: __P.O. Box 323, Ector, TX 75439__

- ☐ COMPLETE MEDICAL RECORDS
- ☐ EXCLUDING INFORMATION RELATED TO HIV AND/OR RESULTS
- ☐ HISTORY AND PHYSICAL ONLY
- ☒ OTHER: __Copy of "Certificate to Return to Work" on 12/20/2017__

The reason for this request is:
- ☐ Transfer of care to another healthcare physician
- ☐ 2nd Opinion
- ☐ Social Security/Disability
- ☒ Other: __Employment law suit__

Please release requested information to:

☒ Ronald R. Huff
☐ Law Office of Ronald R. Huff
☐ 112 S. Crockett St.
☐ Sherman, Texas 75090
☐ 903-893-1616
☐ 903-813-3265
☐ ronhuff@gcecisp.com

Other: _____

I understand that this consent can be revoked at any time except to the extent that disclosure made in good faith has already occurred in reliance on this consent. The facility, it's employee's and attending physicians are released from legal responsibility or liability for the release of the above information to the extent indicated and authorized herein.

X __[signature]__                    __10/19/19__
Patient/Legal Guardian Signature     Date

_____               _____
Witness Signature                    Date

Received Fax :       Oct 24 2019 11:55AM       Fax Station :       page     2
Case 4:18-cv-00818-SDJ-KPJ   Document 64-1   Filed 10/25/19   Page 4 of 4 PageID #: 1097

Oct 23 2019 10:57AM   9038133265                page 2

# RONALD R. HUFF

ATTORNEY AND COUNSELOR AT LAW
112 SOUTH CROCKETT STREET
SHERMAN, TEXAS 75090

RONALD R. HUFF
ronhuff@rcrclsp.com

Tel. 903-893-1616
Fax: 903-813-3265

October 23, 2019

Via facsimile no. 903-583-3973

Custodian of Records
James E. Froelich, D.O.
Family Care Clinic
2105 N. Center St.
Bonham, TX 75418

Re:   David W. Spindle
      Date of Birth: 04/08/1952

Dear Representative:

This office represents David W. Spindle. In that regard, please complete the enclosed affidavit, ATTACH A COPY OF THE "CERTIFICATE TO RETURN TO WORK" RELEASING MR. SPINDLE TO RETURN TO WORK ON 12/20/2017 FROM YOUR MEDICAL RECORDS, and then forward them to this office. An authorization signed by Mr. Spindle for the release of this information is enclosed.

Under the TEXAS RULES OF CIVIL PROCEDURE, this evidence can be obtained and submitted to the Court by affidavit, which alleviates the necessity of subpoenaing your appearance with these records at the time of trial.

If there is a charge for these copies or otherwise, please let us know, and we will remit same. Your cooperation and assistance in this matter are appreciated.

Sincerely,

Jurena R. Hoffman
Legal Assistant

:jrh
Enclosures