IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID W. SPINDLE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:18-cv-818 |
| | § | |
| CKJ TRUCKING, LP, ET AL. | § | |

## PLAINTIFF'S NOTICE OF INTENT TO OFFER CERTIFIED RECORDS

TO THE HONORABLE JUDGE SEAN D. JORDAN:

Per the Court's Scheduling Order (dkt#15), Plaintiff David W. Spindle provides notice of his intent to offer certified records of Plaintiff David W. Spindle's treatment by the following physician:

J.E. Froelich, D.O. and the Family Care Clinic

The certified records have previously been produced in discovery to counsel for Defendants, along with a notarized business records affidavit, bearing bates stamped numbers DWS – 000389 to DWS – 000392.

Respectfully submitted,

RONALD R. HUFF
Attorney and Counselor at Law
112 South Crockett Street
Sherman, Texas 75090
(903) 893-1616 (telephone)
(903) 813- 3265 (facsimile)
ronhuff@gcecisp.com

 /s/ Ronald R. Huff_____
Ronald R. Huff (SBN 10185050)

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2019, a true and correct copy of the foregoing was forwarded via the CM/ECF system in accordance with the Federal Rules of Civil Procedure to:

John L. Ross
Thompson, Coe, Cousins & Irons, LLP
700 North Pearl Street, Suite 2500
Dallas, Texas 75201

                                              /s/ Ronald R. Huff
                                              Ronald R. Huff