IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID W. SPINDLE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CA NO. 4:18-CV-818-SDJ-KPJ |
| | § | |
| CKJ TRUCKING, L.P., AND | § | |
| CKJ TRANSPORT OF NORTH TEXAS, LLC | § | |
| | § | |
| DEFENDANTS. | § | |

**DEFENDANTS' NOTICE OF INTENT TO OFFER CERTIFIED RECORDS**

Pursuant to the Court's Scheduling Order (Docket No. 15), Defendants hereby serve notice of intent to offer, in whole or in part, the following certified records in evidence at trial, which have been obtained via depositions on written questions and subpoenas and/or previous produced in discovery and/or as part of *Defendants' Appendix* in support of Defendants' motion for summary judgment (Docket No. 40-1), and/or as part of *Defendant's Appendix* (Docket No. 36-1):

- ➢ Depositions on written questions to Family Care Clinic/Dr. Froelich;
- ➢ Depositions on written questions to Hayes Family Foot Care;
- ➢ Deposition on written questions to Great American Insurance Group;
- ➢ Deposition on written questions to Dr. Robert Bloom;
- ➢ Deposition on written questions to Baylor Scott & White Surgical Hospital;
- ➢ Deposition on written questions to One Medical, Inc.;
- ➢ Deposition on written questions to Texoma Cardiovascular Surgeons;

1

- Deposition on written questions to Desoto Injury Rehab;
- Depositions on written questions to Texoma Medical Center;
- Texas Workforce Commission certification of public records;
- Deposition Exhibits 106, 107, 112, and 116.

Respectfully submitted,

*/s/ John L. Ross*
**JOHN L. ROSS**[1]
Texas State Bar No. 17303020

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street
Suite 2500
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: jross@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

Pursuant to *Fed. R. Civ. P.* 5(b)(2)(E) and 5(b)(3), I hereby certify a true and correct copy of the foregoing document was filed electronically on this 18th day of November, 2019. Parties may access this filing through the Court's system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ John L. Ross*
**JOHN L. ROSS**

---

[1] Board Certified in Labor & Employment Law and Civil Trial Law by the Texas Board of Legal Specialization

**2**