# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID W. SPINDLE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-818-SDJ-KPJ |
| | § | |
| CKJ TRUCKING, L.P., ET AL. | § | |
| | § | |

## ORDER

It is **ORDERED** that the final pretrial conference in this case is reset from January 6, 2020 to **April 3, 2020 at 9:00 a.m.** before the undersigned.

It is further **ORDERED** that this case is specially set for jury selection and trial before the undersigned on **April 6, 2020 at 9:00 a.m.** at the U.S. Courthouse located at 7940 Preston Road, Courtroom 105, Plano, TX 75024.

**So ORDERED and SIGNED this 3rd day of January, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE