**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

**DATE**: 1/15/2020

| UNITED STATES MAGISTRATE JUDGE<br><br>KIMBERLY C. PRIEST JOHNSON | COURT REPORTER: DIGITAL RECORDING - PLANO 108<br>COURTROOM DEPUTY: Jane Amerson |
|---|---|
| David W. Spindle<br>vs.<br>CKJ Trucking, L.P. | CASE NO.   4:18-CV-0818 SDJ/KPJ |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| Ronald R. Huff | John L. Ross |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas:

**OPEN:** 1:08 pm          **ADJOURN:** 2:28 PM

| TIME: | MINUTES: |
|---|---|
| 1:08 pm | Case Called |
| 1:10 pm | Defendant counsel argument |
| 1:14 pm | Plaintiff counsel response |
| 1:15 pm | Court questions |
| 1:16 pm | Plaintiff response |
| 1:17 pm | Court questions |
| 1:18 pm | Defendant -Court argument/questions essential elements of the claims; pretrial order; Motion for Sanctions |
| 1:45 pm | Plaintiff - court argument/questions - issue with claims; facts of claims; disability substantially impaired; adverse action; exhaustion of remedy issue; Motion for Sanctions |
| 2:19 pm | Defense Response |
| 2:28 pm | Court Adjourned |

**DAVID A. O'TOOLE, CLERK**

BY:      Jane Amerson
           Courtroom Deputy Clerk