## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID W. SPINDLE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-818 |
| | § | |
| CKJ TRUCKING, LP, ET AL. | § | |

## FINAL JUDGMENT

Based on the Memorandum Opinion & Order Adopting Magistrate Court's Reports in Part and as Modified, Granting Summary Judgment, and Denying Sanctions, (Dkt. #89), the Court **ORDERS** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

This is a final judgment. Each party will bear its own costs.

**So ORDERED and SIGNED this 18th day of March, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE